# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE LORAZEPAM & CLORAZEPAT E ANTITRUST LITIG.

)
)

**MDL Docket No. 1290 (TFH/JMF)**
**Misc. No. 99-276 (TFH)**

)
)
)

HEALTH CARE SERV. CORP.,
      **Plaintiff,**

)
)
)

v.

)

**Civ. No. 01-2646 (TFH)**

)

MYLAN LABS., INC., *et al.*,
      **Defendants.**

)
)
)

)

BLUE CROSS BLUE SHIELD OF MINN.,
BLUE CROSS BLUE SHIELD OF MASS.,
and FEDERATED MUT. INS. CO.
      **Plaintiffs,**

)
)
)
)
)

v.

)

**Civ. No. 02-1299 (TFH)**

)

MYLAN LABS., INC., *et al.*,
      **Defendants.**

)
)
)

## ORDER

Pending before the Court are (1) Plaintiffs' Joint Motion for Leave to File Amended Complaints [ECF. No. 1049], and (2) Plaintiffs' Joint Motion to Dismiss Claims and for Order for Remittitur [ECF No. 1051]. This Court will not rule on Plaintiffs' request for a remittitur at this time. However, with respect to the remainder of the motions, it is now

**ORDERED**, that Plaintiffs' Joint Motion for Leave to File Amended Complaints is **GRANTED**, and it is further

**ORDERED**, Plaintiffs' Joint Motion to Dismiss Claims and for Order for Remittitur is **GRANTED IN PART**, and it is further

**ORDERED**, that pursuant to Rule 21 of the Federal Rules of Civil Procedure, the claims of the 775 self-funded customers listed in the Declaration of Justin McLean and the corresponding Exhibits [ECF No. 1051-4] are **DISMISSED WITHOUT PREJUDICE**

**SO ORDERED.**

July 29, 2014

Thomas F. Hogan
UNITED STATES DISTRICT JUDGE